## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAJOR J. MONROE, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Case No.  04-4007-JPG |

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This matter having come before the Court on Monroe's 28 U.S.C. § 2255 motion to vacate, correct or modify sentence, and the Court having render its decision,

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** be entered in favor of Respondent and against Petitioner as to all of the claims in this case.  Petitioner's motion is therefore **DENIED**.

**DATE: November 28, 2005**

                                         **NORBERT G. JAWORSKI, CLERK**

                                         **s/ Judith Prock**
                                         **Deputy Clerk**

**APPROVED:    /s/ J. Phil Gilbert**
                  **J. Phil Gilbert**
                  **U.S. District Judge**